# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PEDRO V. SILVA,**
Appellant,

v.

**PENELOPE HERRERA,**
Appellee.

No. 4D17-3729

[May 3, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. DVCE17006549.

Carla P. Lowry of Lowry At Law, P.A., Fort Lauderdale, for appellant.

Christopher E. Ells, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***